AO-10

Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Sentelle, David B. | 2. Court or Organization  USCA, DC Circuit | 3. Date of Report  7/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active Circuit Judge | 5. ReportType (check appropriate type)  ○ Nomination,　Date  ○ Initial　● Annual　○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  5108 US Courthouse  333 Constitution Avenue, NW  Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　President | Edward Bennett Williams American Inn of Court |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED Jul 20 11 05 AM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1/2004 | GMU Law School (teaching) | $22,500 |
| 2. | 1/2004 | UNC Press (royalties) | 100 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Burnett American Inn of Court | Speech (travel, food, lodging) |
| 2. | American Inns of Court | National Meeting (travel, food, lodging) |
| 3. | George Mason University | Law & Economics Seminar (travel, food, lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gift.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sentelle, David B | 7/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. US Senate Credit Union (checking, savings & money mkt) | B | Interest | K | T | | | | | |
| 2. ING Bank (money mkt) | A | Interest | K | T | | | | | |
| 3. E-bank | A | Interest | J | T | | | | | |
| 4. Applebees Int'l Inc. | A | Dividend | J | T | sell | 5/20 | J | A | |
| 5. Bradley Pharmaceuticals | | None | J | T | sell | 1/30 | J | A | |
| 6. Evergreen Select | A | Interest | K | T | part. Sell | 1/30 | J | A | |
| 7. Evergreen Select | | | | | part. Sell | 4/28 | J | A | |
| 8. Fannie Mae | A | Dividend | K | T | sell | 10/20 | J | A | |
| 9. Marvel Enterprises Inc. | | None | J | T | buy | 3/5 | J | | |
| 10. Marvel Enterprises Inc. | | | | | buy | 7/6 | J | | |
| 11. Marvel Enterprises Inc. | | | | | part. Sell | 7/7 | J | A | |
| 12. Marvel Enterprises Inc. | | | | | buy | 11/13 | J | | |
| 13. Marvel Enterprises Inc. | | | | | buy | 7/29 | J | | |
| 14. Mettler-Toledo Int'l | | None | J | T | sell | 3/9 | | | |
| 15. Outback Steakhouse | | None | J | T | sell | 5/10 | J | A | |
| 16. Select Comfort Corp. | | None | J | T | sell | 10/4 | | | |
| 17. Sun America Dividen Strategy Fund | A | Dividend | K | T | | | | | |
| 18. W Holding Co. | A | Dividend | J | T | buy | 3/22 | J | A | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2) U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sentelle, David B | 7/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. W Holding Co. | | | | | buy | 4/15 | J | A | |
| 20. Dominos Pizza Inc. | | None | J | T | buy | 10/12 | | | |
| 21. Identix Inc. | | None | J | T | buy | 5/11 | — | | |
| 22. Identix Inc. | | | | | buy | 7/8 | | | |
| 23. Identix Inc. | | | | | buy | 8/12 | | | |
| 24. Gillette Co. | | None | J | T | buy | 2/20 | J | | |
| 25. Gillette Co. | | | | | sell | 7/29 | J | A | |
| 26. Johnson & Johnson | A | Dividend | J | T | buy | 1/30 | | | |
| 27. Lowe's Companies Inc. | A | Dividend | J | T | buy | 4/28 | | | |
| 28. 7Eleven Inc. | | None | J | T | buy | 11/22 | J | A | |
| 29. Sherwin Williams | A | Dividend | J | T | buy | 2/20 | | | |
| 30. Shuffle Master Inc. | | None | | | buy | 9/30 | J | | |
| 31. Shuffle Master Inc. | | | | | sell | 12/10 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $100,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (indicate part of Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date_____07/11/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544